## No. 13,760.

EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES
*v.* FLOYD.
(51 P. [2d] 1181)

Decided November 4, 1935.

Judgment affirmed en banc on application for supersedeas without written opinion.

Messrs. LANGDON & BARBRICK, for plaintiff in error.
Mr. GEORGE B. BAKER, for defendant in error.